No. 75–6106. HILL *v.* UNITED STATES. C. A. 6th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Upon representation of the Solicitor General set forth in his memorandum for the United States filed April 8, 1976, judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.

No. A–910. FRY *v.* UNITED STATES. C. A. 6th Cir. Application for pretrial bond and stay of trial, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–923. BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* KLEIN ET AL. Application for stay of judgment of the United States District Court for the Eastern District of New York, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 31, Orig. UTAH *v.* UNITED STATES. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs to Report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier orders herein, see, *e. g.,* 420 U. S. 304.]